IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY L. MOFFETT,

    Petitioner,

vs.                                      3:05cv279/MCR/MD

JAMES R. MCDONOUGH,[1]

    Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 28, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the report and recommendation and any bjections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

The petition for habeas corpus (doc. 1), challenging the conviction and sentence in *State of Florida v. Terry Laverne Moffett*, in the Circuit Court of

---

[1] James R. McDonough succeeded James V. Crosby as Secretary of the Florida Department of Corrections, and is automatically substituted as the respondent. Fed. R. Civ. P. 25(d)(1).

**Escambia County, Florida, case no. 02-4820, is DENIED and the clerk is directed to close the file.**

 **DONE AND ORDERED this 1st day of June, 2006.**


       *s/ M. Casey Rodgers*
       **M. CASEY RODGERS**
       **UNITED STATES DISTRICT JUDGE**